■    In the Matter of CITY OF ROCHESTER, Appellant, v. MERTON C. ARMSTRONG, Respondent.— Judgment unanimously affirmed, with costs. (See *Matter of Dodge* v. *Tierney*, 40 A D 2d 936.) (Appeal from part of judgment of Ontario Special Term in condemnation proceeding.)  Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.